

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-6-2007

# In re: Perry Orlando

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1152

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In re: Perry Orlando " (2007). *2007 Decisions*. Paper 1522.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1522

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**DLD-116**                                                                 **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-1152
_____

IN RE: PERRY ORLANDO

Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Crim. Nos. 91-cr-00077-1; 92-cr-00727 & 93-cr-00069)

_____

Submitted Under Rule 21, Fed. R. App. P.
February 8, 2007

BEFORE: BARRY, AMBRO and FISHER, Circuit Judges

(Filed March 6, 2007)
_____

OPINION
_____

PER CURIAM

Pro se Petitioner Perry Orlando seeks a writ of mandamus to compel the

United States District Court for the District of New Jersey to reach a decision on his

motion to amend judgment. We will deny the petition for writ of mandamus as moot.

The District Court entered an amended judgment on November 30, 2006.